USDC SCAN INDEX SHEET







USA

GARCIA

MEG   3/20/98   9:55
3:98-M -00505
*1*
*CRCMP.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    Magistrate Case No. '98mg0505

v.                                           COMPLAINT FOR VIOLATION OF

SERGIO A. GARCIA                             18 U.S.C. 1005 (Felony)
                                             False Entry

                                             18 U.S.C. 656 (Misdemeanor)
                                             Misapplication of Funds by
                                             Bank Employee

BEFORE_____,             San Diego, California
       United States Magistrate Judge

The undersigned complainant, being duly sworn states:

### COUNT ONE

That between on or about April 25, 1997, and on or about May 17, 1997, within the Southern District of California, defendant Sergio A. Garcia, being an employee of Glendale Federal Bank, 5332 Jackson, La Mesa, CA, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud said bank, did knowingly make false entries into the books, reports, or statements of said bank; in violation of Title 18, United States Code, Section 1005.

### COUNT TWO

That between on or about April 25, 1997, and on or about May 17, 1997, within the Southern District of California, defendant Sergio A. Garcia, being an employee of Glendale Federal Bank, 5332 Jackson, La Mesa, CA, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud, did knowingly and willfully embezzle, abstract, purloin, and willfully misapply the moneys, funds, and credits entrusted to the care and custody of said bank, and under the care, custody, and control of the defendant as such employee; a misdemeanor, in violation of Title 18, United States Code, Section 656.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

                                    _____
                                    Signature of Complainant
                                    KENNETH W. BOSCHEN
                                    Special Agent, FBI

Sworn to before me and
Subscribed in my presence
this __3__ day of ___February___, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN DIEGO    )

I, Kenneth W. Boschen, being first duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and I am assigned to the San Diego Division.

2. Glendale Federal Bank, 414 North Central Ave, Glendale, CA, was insured by the Federal Deposit Insurance Corporation at the time the events described herein occurred.

3. On July 29, 1997, Cheri Morrison, Security Support Coordinator, Glendale Federal Bank, advised the FBI that on or about April 25, 1997, through on or about May 17, 1997, Sergio A. Garcia, while employed by Glendale Federal Bank at 5332 Jackson, La Mesa, CA, abstracted $560.00 from funds entrusted to the bank. Garcia had shorted various customers deposits causing their accounts to be understated. The funds were used for his personal benefit and were abstracted without authorization and against bank policy.

98MG0505

4. On May 17, 1997, Garcia provided a written statement to bank officials admitting his actions as set forth in paragraph 3.

KENNETH W. BOSCHEN
Special Agent, FBI

Subscribed and sworn before me this 3 day of February 1998.

United States Magistrate Judge

2*

98MG0505

'98 mg 0505

## Magistrate Information Sheet

1. Dis. Auth_____ 1A. USAO #_____ Ct.#_____ Agency #_____ 2. Hg. Date_____
2. AUSA_____ 4. Mag._____ 5. Mat.Wit.: Cust: NO. Arraign M/W Release M/W Other

Def. # __1__ of __1__ 6. Def Name: SERGIO A. GARCIA  Soc.Sec.# 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
Alias:_____ Birth Date 9/4/74
Address: 6595 MONTEZUMA RD #29E, SAN DIEGO

7. Flip? (Yes) No  Charges T18 USC 1005/656    8. Arrest Date_____

Penalties_____    Place of Arrest:_____
Agent: BOSCHEN    Phone #: 514-5783    Date Committed:_____
Agency: FBI    Program Category:_____

9. Custody? Yes (No)    10. Citizenship? U.S.  Mex.  Other_____

11. INS Status: Res  Bee  Illegal  Other_____
Prior Deports:_____    Prior VR's_____
Prior Record:_____

Drug Usage:_____  How Evidenced?_____
Cash on Def. $_____  Other Evidence_____

Agents Fact Summary:
Between 4/25/97 - 5/17/97, Garcia abstracted #560 from Glendale Federal Bank by shorting customers deposits. Restitution was made by Garcia's father.

Agents Bail Info (Employment, Family, Etc.)_____

Vehicle Seized (Describe)_____  Mat/Wit Atty:_____
12. Def. Atty: Apptd. Rtd. To Retain  13. Def. Atty. Name_____
14. Plea: Guilty Count_____ NG  Nolo  15. RCD? Yes No 16. Sent._____
Con't Sent_____    16A. S.A. #_____ 17. Dism? Ct. Govt.
8. Next Court for_____ 19. Date_____ 20. Time_____ and for_____ on_____ at_____
1. Bond Set_____
Conditions_____
2. Pers Info_____
3. Sentencing Guidelines:_____
4. Potential Forfeitures_____
_____
_____

Gov't Sent Recommendation:_____
Defendant's Sent Recommendation:_____
Probation Dept Recommendation:_____

Rev: 8/90